# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139136-7

_____

In re Estate of ELMA ZYLA, Deceased.

_____

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PETER S. GRAPP, as Personal Representative of
the Estate of ELMA ZYLA, Deceased,
   Plaintiff-Appellant,

v

LAURIE HILL-PTASHNIK and CYNTHIA
BERTOLINI, as Personal Representatives of the
Estate of CLARENCE HILL, Deceased,
   Defendants/Third-Party-Plaintiffs-
   Appellees,

and

DOUGLAS S. TOUMA and TOUMA, WATSON,
WHALING, COURY & CASTELLO, P.C., f/k/a
TOUMA, WATSON, NICHOLSON, WHALING,
FLETCHER & DEGROW,
   Third-Party-Defendants.

_____/

SC: 139136-7
COA: 281355, 281356
Oakland Probate Court:
2000-272816-DA,
2006-305456-CZ

   On order of the Court, the application for leave to appeal the May 14, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

s0921

Clerk